**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

NAMEL NORRIS,

                                        Plaintiff,                          **25-CV-09934 (PAE)(SN)**

                    -against-                                               **ORDER**

 86 CLINTON PARTNERS LLC, et al.,

                                        Defendants.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On April 17, 2026, Plaintiff filed affidavits of service showing that Defendants were

served with the summons and Second Amended Complaint. See ECF Nos. 27-29. To date,

Defendants have not answered or otherwise responded to the Second Amended Complaint.

Plaintiff is ORDERED to file a letter by Friday, May 29, 2026, indicating whether Plaintiff has

had any contact with Defendants regarding their response to the Second Amended Complaint

and whether Plaintiff intends to seek a Certificate of Default from the Clerk of Court and move

for a default judgment against any of the Defendants.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:        May 20, 2026
              New York, New York