USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**NAMEL NORRIS,**

**Plaintiff,**

**-against-**

**86 CLINTON PARTNERS LLC, et al.,**

**Defendants.**

**-----------------------------------------------------------------X**

**25-CV-09934 (PAE)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On July 17, 2026, the parties filed a Notice of Settlement. ECF No. 49. In light of this development, the Initial Pretrial Conference scheduled for Tuesday, July 21, 2026, is ADJOURNED without date.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: July 20, 2026
New York, New York